UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

OCT 06 2020    BM

David J. Bradley, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| JUAN ANTONIO CEPEDA | § | L-20-1795 |
| ABRAHAM JOAQUIN CANELA | § | |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **September 14, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JUAN ANTONIO CEPEDA and
ABRAHAM JOAQUIN CANELA,**

did fraudulently and knowingly export and send, and attempt to export and send from the United States to the United Mexican States, merchandise, articles, and objects, that is:

| | Item | Serial Number |
| --- | --- | --- |
| 1. | Approximately 14,969 rounds of 7.62 millimeter ammunition | n/a |
| 2. | Approximately 8,341 rounds of .223 caliber ammunition | n/a |
| 3. | Eleven magazines for 5.56 millimeter ammunition | n/a |
| 4. | Four magazines for 7.62 millimeter ammunition | n/a |
| 5. | Anderson, AM-15, 5.56 millimeter pistol | 20137155 |
| 6. | Anderson, AM-15, 5.56 millimeter pistol | 20176527 |

| 7. | Anderson, AM-15, 5.56 millimeter pistol | 20176367 |
|---|---|---|
| 8. | ROMARM/CUGIR, WASR-10, 7.62 millimeter pistol | 1965N02627 |
| 9. | Bushmaster, Carbon 15, .223 caliber rifle | CRB039238 |
| 10. | Bushmaster, XM15-E2S, .204 caliber rifle | L074354 |
| 11. | Kimber, Micro 9 STG, 9 millimeter pistol | PB0202537 |
| 12. | ARMSCOR, M1911-A1, .45 caliber pistol | RIA2067741 |
| 13. | Palmetto State Armory PSAK 47, 7.62 millimeter rifle | AKB027037 |
| 14. | Jigsaw Weaponry, CE-15, multi-caliber pistol | JSW-00236 |
| 15. | Anderson, AM-15, 5.56 millimeter rifle | 2011024 |
| 16. | Spike's Tactical, ST15, 5.56 millimeter rifle | SCR066314 |
| 17. | Bigelow Ind., LOW 15, 5.56 millimeter rifle | SAA00142 |

contrary to the laws and regulations of the United States, to wit: Title 50, United States Code, Section 4819(a)(2) and (b) and Title 15, Code of Federal Regulations Section 730, et. seq., and did receive, conceal, buy, sell, and in any manner facilitated the transportation, concealment, and sale of said merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to said laws and regulations of the United States.

## COUNT TWO

On or about **September 14, 2020,** in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

|     |                                                      |            |
| --- | ---------------------------------------------------- | ---------- |
| 5.  | Anderson, AM-15, 5.56 millimeter pistol              | 20137155   |
| 6.  | Anderson, AM-15, 5.56 millimeter pistol              | 20176527   |
| 7.  | Anderson, AM-15, 5.56 millimeter pistol              | 20176367   |
| 8.  | ROMARM/CUGIR, WASR-10, 7.62 millimeter pistol        | 1965N02627 |
| 9.  | Bushmaster, Carbon 15, .223 caliber rifle            | CRB039238  |
| 10. | Bushmaster, XM15-E2S, .204 caliber rifle             | L074354    |
| 11. | Kimber, Micro 9 STG, 9 millimeter pistol             | PB0202537  |
| 12. | ARMSCOR, M1911-A1, .45 caliber pistol                | RIA2067741 |
| 13. | Palmetto State Armory PSAK 47, 7.62 millimeter rifle | AKB027037  |
| 14. | Jigsaw Weaponry, CE-15, multi-caliber pistol         | JSW-00236  |
| 15. | Anderson, AM-15, 5.56 millimeter rifle               | 2011024    |
| 16. | Spike's Tactical, ST15, 5.56 millimeter rifle        | SCR066314  |
| 17. | Bigelow Ind., LOW 15, 5.56 millimeter rifle          | SAA00142   |

## **NOTICE OF HOLDINGS SUBJECT TO FORFEITURE**

### **18 U.S.C. § 922(g)**
### **(Count Two)**

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to Defendant,

JUAN ANTONIO CEPEDA,

that upon conviction of a violation of Title 18, United States Code, Section 922(g), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

1. Approximately 14,969 rounds of 7.62 millimeter ammunition
2. Approximately 8,341 rounds of .223 caliber ammunition

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

RYAN K. PATRICK
UNITED STATES ATTORNEY

Francisco J. Rodriguez
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

**L-20-1795**

## CRIMINAL DOCKET

<u>  LAREDO  </u> DIVISION                                    NO._____

FILE: 20-10910           MAG#: 20-01839
<u>INDICTMENT</u>       Filed: <u>October 6, 2020</u>        Judge:_____

ATTORNEYS:

UNITED STATES OF AMERICA

<u>RYAN K. PATRICK, USA</u>

VS.

<u>FRANCISCO J. RODRIGUEZ, AUSA</u>

**JUAN ANTONIO CEPEDA**
**ABRAHAM JOAQUIN CANELA**

**CHARGE:**   Ct. 1:   Smuggling Goods from the United States
                       [18 USC 554 & 2]

              Ct 2:    Possession of ammunition by a person having been convicted of a crime
                       punishable by imprisonment for a term exceeding one year
                       [18 USC 922(g)(1), 924(a)(2)]

                       Notice of Forfeiture

**TOTAL COUNTS: 2**

**PENALTY:**   Ct. 1:   0 to 10 years and/or $250,000 Fine, $100 special assessment,
                       Not more than a three (3)-year term of supervised release

               Ct. 2:   0 to 10 years and/or $250,000 Fine, $100 special assessment,
                       Not more than a three (3)-year term of supervised release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: